Gina M. Serra (#361172)
**RIGRODSKY LAW, P.A.**
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NATHAN C. SILVA, Derivatively on Behalf of Nominal Defendant SNAP, INC.,

      Plaintiff,

  v.

EVAN SPIEGEL, ROBERT MURPHY, MICHAEL LYNTON, KELLY COFFEY, JOANNA COLES, ELIZABETH JENKINS, JIM LANZONE, SCOTT D. MILLER, PATRICK SPENCE, POPPY THORPE, FIDEL VARGAS, and DEREK ANDERSEN,

      Defendants,

  and

SNAP, INC.,

      Nominal Defendant.

Case No. 3:25-cv-07298

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Nathan C. Silva ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned derivative action (the "Derivative Action"), without prejudice, as to all defendants. Each party to the action is to bear its own costs. Defendants have filed neither an answer nor a motion for summary judgment in the Derivative Action.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Dated: August 29, 2025

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Gina M. Serra (#361172)
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

*Attorneys for Plaintiff*

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL